

# COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

ORDER

Appellate case name:        Jeremiah Junius Francis v. Doneisha Cheree Davis

Appellate case number:    01-19-00350-CV

Trial court case number:   2004-19331

Trial court:                      152nd District Court of Harris County

Appellant, Jeremiah Junius Francis, filed a pro se notice of appeal on May 3, 2019, in the trial court from the March 28, 2019 commitment order enforcing child support and medical support obligation. *See* TEX. R. APP. P. 26.1. On May 31, 2019, the court reporter's information sheet stated that no reporter's record was taken. On June 5, 2019, the clerk's record was filed in this Court after the Clerk of this Court's June 4, 2019 notice forwarded to the trial court clerk appellant's Statement of Inability to Afford Payment of Court Costs or an Appeal Bond in Justice Court filed in this Court on May 23, 2019.

Rule of Appellate Procedure 20.1 provides that a party who files such a Statement in the trial court "is not required to pay costs in the appellate court unless the trial court overruled the party's claim of indigence in an order that complies with Texas Rule of Civil Procedure 145." TEX. R. APP. P. 20.1(b)(1). Because appellant's indigence claim was not overruled by the trial court, appellant is not required to pay appellate costs. *See id.*

Accordingly, the Clerk of this Court is **directed** to mark appellant indigent in this Court's records and allowed to proceed without advance payment of the appellate filing, clerk's, and reporter's record fees. Thus, because appellant is proceeding pro se, the Court **ORDERS** the district clerk to mail the clerk's record to the appellant, at no cost to appellant, **within 20 days** of the date of this order, and shall certify the delivery date **within 30 days** of the date of this order.

It is so ORDERED.

Judge's signature:    _____/s/ Evelyn V. Keyes_____

⊠ Acting individually    ☐ Acting for the Court

Date:  __June 11, 2019_